# Court of Appeals
# of the State of Georgia

ATLANTA, May 05, 2017

*The Court of Appeals hereby passes the following order*

**A17I0199. BENJAMIN HOWARD d/b/a SOUTHEASTERN SEAL & STRIPE v. DAVID WILLIAMS.**

Upon consideration of the Application for Interlocutory Appeal, it is ordered that it be hereby DENIED.

LC NUMBERS:

2015SCV149



*Court of Appeals of the State of Georgia*
 *Clerk's Office, Atlanta, May 05, 2017.*

 *I certify that the above is a true extract from the minutes of the Court of Appeals of Georgia.*

 *Witness my signature and the seal of said court hereto affixed the day and year last above written.*

*, Clerk.*